```
 1 │ BENJAMIN B. WAGNER
   │ United States Attorney
 2 │ S. ROBERT TICE-RASKIN
   │ Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, California 95814
 4 │ Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:98-CR-035 TLN |
|---|---|
| Plaintiff, | ) MOTION TO DISMISS INDICTMENT |
| v. | ) AND ORDER |
| KHALILULLAH RAOUF, | ) |
| Defendant. | ) |

**MOTION**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves to dismiss the indictment as to

///
///
///
///
///
///
///
///

1

this defendant in the interests of justice.

DATED: July 18, 2013                    BENJAMIN B. WAGNER
                                        United States Attorney

                                   By:  /s/ S. Robert Tice-Raskin
                                        S. ROBERT TICE-RASKIN
                                        Assistant U.S. Attorney

[PROPOSED] **ORDER**

IT IS SO ORDERED.

DATED: July 26, 2013

_____
Troy L. Nunley
United States District Judge